Herman D. PRICE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27733.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Attempting to move a motor vehicle is the offense; the punishment, 30 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Joseph CARNEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27732.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possessing wine and gin for the purpose of sale in a dry area is the offense, with punishment assessed at a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.